

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael L. Smith<br><br>**Plaintiff,**<br>V.<br><br>Jordan Ramis PC; Douglas P. Cushing; and Does 1-20, inclusive<br><br>**Defendant.** | Civil Action No.  12cv2025-W(RBB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that Court finds the undisputed evidence establishes that 1.) Plaintiff's legal-malpractice claims were filed after the one-year statute of limitation expired, 2.) neither actual-injury tolling nor continued-representation tolling apply, and 3.) Defendants Douglas P. Cushing and Jordan Ramis PC did not misrepresent their qualifications and Plaintiff did not reply on any alleged misrepresentations. Court GRANTS Defendants' motion for summary judgment. Case is closed.................................................

Date:   2/11/14

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By: s/   J. Haslam

J. Haslam, Deputy